UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.:

JOHN PREUNINGER, individually,

    Plaintiff,

vs.

GRAHAM IVAN CLARK, individually;
and, EMILIYA CLARK, individually,

    Defendants.
_____/

# RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by: **JOHN PREUNINGER**

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**John Preuninger**

Each entity with publicly traded shares or debt potentially affected by the outcome:

**N/A**

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**N/A**

Each person arguably eligible for restitution:

**John Preuninger**

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no

such corporation:

**N/A**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

 */s/ James P. Gitkin*
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

4/27/2021