UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.: 8:21-cv-01003-VMC-AEP

JOHN PREUNINGER, individually,

      Plaintiff,

vs.

GRAHAM IVAN CLARK, individually;
and, EMILIYA CLARK, individually,

      Defendants.

_____/

## **PLAINTIFF AND DEFENDANT, EMILYA CLARK'S, JOINT STATUS REPORT**

Plaintiff, JOHN PREUNINGER ("Plaintiff"), and Defendant, EMILYA CLARK ("Defendant"), by and through the undersigned counsel, hereby file this Joint Status Report and advise as the following:

1.    Counsel for Plaintiff and Defendant, EMILIYA CLARK COGDILL ("Emiliya"), appeared on November 28, 2022 for a pretrial conference and oral arguments.

2.    At the Conference, Judge Covington ruled in favor of Plaintiff's request for judgment on the pleadings on Count 1 of conversion and asked the parties to report back on or before December 1, 2022 as to a) whether the parties consent to

have the remaining claims tried before the Magistrate Judge, and b) whether the parties prefer a bench or jury trial.

     3.    Having conferred, Plaintiff and Emiliya wish to have the case heard before Judge Covington. We understand that your Honor is not available until January 2023 to preside over the trial. Emiliya has requested that the trial be held in February 2023, and Plaintiff consents to this request.

     4.    Having conferred, Plaintiff and Emiliya agree to a bench trial.

     5.    Plaintiff last communicated with Defendant, GRAHAM IVAN CLARK ("Graham"), on or about November 15, 2022, regarding pretrial issues and possible settlement, and Graham stated that he did not wish to be involved in the trial process, and asked not to be contacted again about the trial process. The Parties have not communicated with Graham since the November 28, 2022 conference, but can do as necessary to verify his waiver of his jury demand.

Dated this 1st day of December, 2022

                               Respectfully submitted,

                               By: */s/ James P. Gitkin*
                                   James P. Gitkin, Esq.
                                   Fla. Bar No. 570001
                                   *jim@salpetergitkin.com*
                                   **SALPETER GITKIN, LLP**
                                   3864 Sheridan Street
                                   Hollywood, FL 33021
                                   Telephone: (954) 467-8622
                                   Facsimile: (954) 467-8623

*~and~*

R. Zachary Gelber, Esq.
New York Bar No.: 4052387
*zgelber@gelbersantillo.com*
*Pro hac vice*
**GELBER & SANTILLO PLLC**
347 W. 36th Street, Suite 805
New York, NY 10018
Telephone: (212) 227-4743
***Attorneys for Plaintiff John Preuninger***

Joel M. Aresty, Esq.
JOEL M. ARESTY, P.A.
309 1st Ave S.
Tierra Verde, FL 33715
Fax 1-800-559-1870
Phone: (305) 904-1903
*Aresty@icloud.com*
**Attorney for Defendant Emiliya Clark**

## CERTIFICATION PURSUANT TO M.D. FLA. LOCAL RULE 3.01(g)

The undersigned counsel hereby certifies that Plaintiff's counsel has attempted to confer with Mr. Clark on or about November 15, 2022, to resolve issues related to a trial, and that as of our last communication, he refuses to participate in this process, and asked not to be contacted again.

<u>**CERTIFICATE OF SERVICE**</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF on December 1, 2022 on all counsel or parties of record. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

By:     */s/ James P. Gitkin*
        James P. Gitkin, Esq.

<u>**SERVICE LIST:**</u>

Graham Ivan Clark (DC No. Q61053), *Pro Se*
Lake City Correctional Facility
7906 East Highway 90
Lake City, FL 32055