UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:21-cv-01003

JOHN PREUNINGER, individually,
    Plaintiff,
vs.
GRAHAM IVAN CLARK, individually;
and, EMILIYA CLARK, individually,
    Defendants.
_____/

## AMENDED AGREED NOTICE OF SETTLEMENT

Defendant EMILIYA CLARK (now COGDILL by marriage), individually, with agreement by Plaintiff, and Defendant Graham Ivan Clark, files this notice of settlement, and respectfully represents the following to the Court:

    1.    All parties to this case have agreed on a settlement, and to have this case taken off the trial calendar.

    2.    The settlement will be a consent judgment entered by this Court against Graham Ivan Clark for $500,000, good for 15 years after it is entered, with post-judgment interest to accrue as per Florida law, and enforcement of/or litigation concerning, the enforcement of such judgment must take place in a separately filed and/or docketed action, rather than in this case, and upon entry of the consent judgment against Graham Ivan Clark (See Exhibit A) a release of his mother Emilya Cogdill.

Wherefore the parties respectfully request the matter be taken off the trial calendar.

    Respectfully submitted

    We hereby certify that a true copy of the foregoing was served on all parties by e filing

Joel M. Aresty P.A.
Board Certified Business Bankruptcy Law
Attorneys for Emiliya Clark
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@me.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483

Ryan Zachary Gelber
Gelber & Santillo PLLC
By:/s/ Ryan Zachary Gelber, ESQ.
347 West 36th Street, Suite 805
New York New York, NY 10018
212-227-4743
Fax: 212-227-7371
Email: zgelber@gelbersantillo.com


Graham Ivan Clark
St. Petersburg CRC
Q61053
4237 8th Avenue, South
St. Petersburg, Fl 33711-2000
386-755-3379
By: /s/ Graham Ivan Clark
PRO SE